NOV 29 2021 PM3:56
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE of CONNECTICUT | : |
| | : |
| | : CR NO. 21MJ 1163(TOF) |
| | : |
| COUNTY of HARTFORD | : November 22, 2021 |

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Jonathan Carreiro, being duly sworn, depose and state as follows:

### BACKGROUND OF AFFIANT

1. I am a sworn member of the Connecticut State Police and have been since January 2006, and at all times discussed hereinafter, was acting in my official capacity. I am currently assigned to the Computer Crimes Unit (CCU) working exclusively in the field of computer related criminal activity. I am also cross designated as a Title 19 task force officer with Homeland Security Investigations (HSI). I have received specialized training relating to the investigation of Internet related crimes, child pornography crimes, and computer data analysis. The following facts and circumstances are stated from my personal knowledge and observations, as well as information received from other police officers acting in their official capacity and from official police reports.

2. This affidavit is being submitted in support of a Criminal Complaint and Application for an Arrest Warrant authorizing the arrest of Mark ROMAN ("ROMAN"), an adult male born on ████████ 1968 and resident of Broad Brook (East Windsor), Connecticut, for violations of 18 U.S.C. § 2251(a), Production of Child Pornography, and 18 U.S.C. § 2252A(a)(1), Transportation of Child Pornography (collectively the "TARGET OFFENSES").

3. The statements contained in this affidavit are based in part on information

provided by other members of local, state, and federal law enforcement, my own investigation to include personal observations, documents and other investigative materials which I have reviewed, as well my training and experience as a detective with the Connecticut State Police. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that ROMAN has committed the above-listed offenses.

## RELEVANT STATUTES and DEFINITIONS

4. As noted above, this investigation concerns alleged violations of the following:

    a. Title 18, United States Code, Section 2251(a) provides, in relevant part:

    Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, ... any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

    b. Title 18, United States Code, Section 2252A(a)(1) prohibits, in relevant part:

    Any person who... knowingly ... transports or ships using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography... [shall be punished]

## BACKGROUND OF INVESTIGATION

5. On September 30, 2021, I was assigned to investigate National Center for Missing

2

and Exploited Children (NCMEC) CyberTipline reports 102279696, 103231714, and 103361755. The CyberTipline reports were generated after NCMEC received a complaint from Yahoo![1] regarding image and video files of suspected child pornography being sent via email from a SBC Global account (Yahoo! operates SBC Global accounts). Yahoo! provided 43 image and video files of suspected child pornography that were sent from the email address speeddemon20@sbcglobal.net to the email address speeddemon20@sbcglobal.net from the years 2014 to 2021. Yahoo! reported the following account information for the speeddemon20@sbcglobal.net account:

Name: mark roman
Address: 06016
Address: US
Date of Birth: ▮▮▮▮ 1968

6. Yahoo! also provided an IP address login history for the speeddemon20@sbcglobal.net account. The speeddemon20@sbcglobal.net account was last logged into from IP address 2600:8805:c48d:7800:7c:a14a:f9d3:5237 on September 25, 2021, at 2144 hours UTC. Additional logins of 70.172.164.205 on September 15, 2021, at 1204 hours UTC and 2600:8805:c48e:8300:98ef:e889:2dc3:8a on August 23, 2021, at 0126 hours UTC were also reported.

7. On October 4, 2021, I reviewed the 43 image and video files provided by Yahoo! and determined 22 of the files met the statutory definition and depicted suspected child pornography.[2] One of the image files is described below:

Yahoo! File Name: AHQVzXoNuF4mYT_GCQzg4FtwOpU_1.gif

---

[1] Based on my training and experience, I know that Yahoo! is an electronic service provider headquartered in Sunnyvale, California

[2] Prior to viewing the images and videos, I knew that the CyberTips reported that the electronic service provider (Yahoo!) had viewed the entire contents of the uploaded files.

3

Original File Name: IMG_6336.gif
Description: This image file is a graphics interchange format (GIF) file. This file format allows the image file to be animated and can appear as a short video clip. This GIF file depicts a naked female child who appears to be between the ages of 6 and 9 years old. An adult male's penis is inserted into the female child's anus, and the adult male engages in anal sex. At the end of the GIF file, the adult male ejaculates onto the female child's genitalia.
Date Sent:   This gif file was emailed from speeddemon20@sbcglobal.net to speeddemon20@sbcglobal.net on September 13, 2021, at 1743 hours

8. On October 4, 2021, I conducted a WHOIS query and determined that IP addresses 2600:8805:c48d:7800:7c:a14a:f9d3:5237, 70.172.164.205, and 2600:8805:c48e:8300:98ef:e889:2dc3:8a are registered to Cox Communications, 6205-B Peachtree Dunwoody Road, Atlanta, GA, and are in use in the area of Windsor Locks and Broad Brook, CT.

9. On October 4, 2021, I submitted an Ex Parte order to GA 7 Meriden Superior Court requesting that Cox Communications provide the basic subscriber information associated with IP addresses 2600:8805:c48d:7800:7c:a14a:f9d3:5237 on September 25, 2021, at 2144 hours UTC, 70.172.164.205 on September 15, 2021, at 1204 hours UTC, and 2600:8805:c48e:8300:98ef:e889:2dc3:8a on August 23, 2021, at 0126 hours UTC. The order was authorized by Judge Gould and was sent to Cox Communications.

10. On October 4, 2021, I received a response to the Ex Parte order from Cox Communications. Cox reported that for the time frame requested, the above listed IP addresses were assigned to the account of Wendy Jones of ▮▮▮▮▮▮▮▮ Broad Brook, CT 06016.

11. On October 4, 2021, I conducted a COLLECT query of the address and found it to be associated with (1) Wendy Jones, YOB: 1972; and (2) Mark ROMAN, DOB: ▮▮▮▮1968. It should be noted that the name "Mark Roman", date of birth, and zip code match the account information provided for the speeddemon20@sbcglobal.net account. I then reviewed open source materials for images of Mark ROMAN, including Facebook and DMV records.

4

12. In addition to the suspected child pornography files, Yahoo! also provided 1 image file and 4 video files that appeared to Yahoo! to have been homemade and have never before been seen by NCMEC. The video files were voyeurism "upskirt" type videos involving a prepubescent female child and a pubescent female child. In the video with the prepubescent female child, an adult male's face can clearly be seen. The face in the video appeared to be Mark ROMAN. The one image file depicted a female child naked from above the waist, and she is playing with toys.

13. On October 28, 2021, I submitted a state search and seizure warrant to GA 7 Meriden Superior Court requesting authorization to search the residence located at ▆▆▆▆ ▆▆▆▆ Broad Brook, CT, for electronic storage devices. The search warrant was approved by Judge Gould.

14. On November 2, 2021, at approximately 1815 hours, members of the Connecticut State Police Computer Crimes Unit and the East Windsor Police Department executed the search and seizure warrant at ▆▆▆▆▆▆▆▆▆ Broad Brook, CT. ROMAN, Wendy Roman, and their 8 year old son were located inside the residence.

15. ROMAN agreed to follow me outside to speak about the investigation. ROMAN followed me outside to the driveway, and I asked ROMAN to sit in the front seat of my unmarked police vehicle. ROMAN requested that we talk outside so that he could smoke cigarettes, which we did; ROMAN smoked several cigarettes during the course of the interview. I informed ROMAN that he was not under arrest, that he was free to leave at any time, and that the interview was completely voluntary on his part. I read ROMAN his constitutional rights as printed on the Notice and Waiver of Rights form, and he subsequently waived his rights. ROMAN said he was unaware of why the police were executing a search warrant at his residence. ROMAN stated that the only computer in the house was his wife's work computer. ROMAN also said his cell phone,

5

an iPhone, was in the house and that one of the officers put it on the table next to the couch. ROMAN explained that his email address was fdxtrucker14@gmail.com. ROMAN related that one of his old email addresses was speeddemon20@sbcglobal.net but that the email was hacked. ROMAN detailed that he contacted Yahoo! but was unable to access the email account. ROMAN explained that this occurred about a month or two ago. ROMAN detailed that he only uses his cell phone and does not use Wendy's work computer. ROMAN stated that the passcode for his iPhone is 082068. ROMAN did not think he had sent any images or videos to himself via email using his speeddemon20@sbcglobal.net account. ROMAN explained that he has seen child pornography before that has popped up while viewing other pornography websites. ROMAN related that he has not searched for child pornography on purpose. ROMAN initially stated that he did not think there was child pornography stored on his phone, but then admitted that "there probably is." ROMAN explained that the child pornography was saved in the Photos application. ROMAN detailed that he would save child pornography to his phone from the pop ups on his phone by holding his finger on the image and then choosing the save function on the menu. ROMAN related that he would save the child pornography images to "look at later." ROMAN did not know how many child pornography files were stored on his phone. ROMAN thought child pornography was pictures depicting someone having sex with a child, which he defined as a person under 18. ROMAN also thought he had pictures of girls under 18 flashing themselves stored on his phone. ROMAN did not think there were any files of kids involved in sex acts stored on his phone. ROMAN explained that the pictures were something he would look at later when he was by himself. ROMAN admitted that he would not get sexually aroused by the child pornography but would masturbate to them. ROMAN related that as far as he knew, no one else used the speeddemon20@sbcglobal.net account. ROMAN confirmed that he has used Android based

phones in the past. ROMAN related that he last saved child pornography to his phone a couple of days ago and that he first saw child pornography about 20 years ago.

16. I then began to speak to ROMAN about the voyeurism videos in his Yahoo! account. ROMAN explained that he had only taken one "upskirt" type voyeurism video, and this was involving Minor Victim 1 (MV1). ROMAN identified Minor Victim 2 (MV2) as being the prepubescent female described in the voyeurism video in paragraph 12 above and denied intentionally filming up MV2's shirt to capture her underwear. ROMAN also denied intentionally recording up MV1's dress to capture her underwear in another voyeurism video in his email account.

17. At one point during the interview, Det. Aresco and Sgt. Alexandre were speaking with ROMAN, and I began to review the images stored in the Photos application on ROMAN'S iPhone. I noted that there was a significant amount of suspected child pornography stored in the Photos application. The image files depicted children engaged in sexually explicit conduct as well as children posed with their genitalia exposed in a lascivious manner. I also located several image files saved in the "Favorites" album that were close ups of what appeared to be an adult male's erect penis placed next to a female child's vagina. I asked ROMAN about these images, and he explained that the girl in the images was the mother of MV1 and MV2. ROMAN believed that the mother of MV1 and MV2 would remember these images being taken. ROMAN related that the mother of MV1 and MV2 was approximately 19 years old when the pictures were taken. ROMAN admitted that it was his penis in the photos along with the mother of MV1 and MV2's vagina. ROMAN confirmed that he sent these image files to himself via email. When I asked ROMAN why the subject line for the emails was MV1's name, he responded, "I don't

7

know." ROMAN then stated that he used MV1's name because the letters were close on the keyboard like some people use the phrase "qwert." ROMAN explained that it was just something to put there to email the picture.

18.     At the conclusion of the search warrant, I went to MV1 and MV2's mother's residence in ▮▮▮▮▮ and informed her of this investigation and the voyeurism videos taken of her children by ROMAN. Mother of MV1 and MV2 was unaware of ROMAN'S actions with her children. Mother of MV1 and MV2 also provided their full names and dates of birth; MV1 and MV2's mother explained that MV1 was born in 1999 and MV2 was born in 2011.



MV1 and MV2's mother detailed that ROMAN had never taken intimate photos of her.

19.     On November 3, 2021, I conducted a data extraction of ROMAN'S Apple iPhone that was seized as exhibit 10. The data extraction was conducted using Cellebrite UFED4PC. The Apple IDs associated with the phone were fdxtrucker14@gmail.com and speeddemon20@sncglobal.net, and the owner's name was listed as "Mark's iPhone." I reviewed the images stored on the iPhone and located 685 images of suspected child pornography. The images depicted female children who appeared to be between the ages of 1 and 12 years old engaged in sexually explicit conduct such as oral sex, anal sex, vaginal sex, bestiality, and bondage as well as female children posed in various states of undress with their genitalia exposed in a

lascivious manner. I noted that there were hundreds of thumbnail files of child pornography also on the phone. Thumbnail images are created by the phone's operating system and are copies of image files stored on the device; the thumbnails usually remain on the device after the original image is deleted. These thumbnail images were not included in the file count provided above.

20. On November 3, 2021, I began previews of the remaining evidence items seized from ROMAN. The previews were conducted using Encase version 6.19 with a physical write block attached to the items. The table below lists the evidence on which image files of suspected child pornography were located:

| | |
|---|---|
| Exhibit 1: Dell Latitude D630 laptop computer | 700 image files |
| Exhibit 5: Seagate external hard drive | 1415 image files |

The images found on these two seized evidence items also depicted female children who appeared to be between the ages of 1 and 12 years old engaged in sexually explicit conduct such as oral sex, anal sex, vaginal sex, bestiality, bondage, and masturbation as well as female children posed in various states of undress with their genitalia exposed to the camera in a lascivious manner. Including the image files stored on ROMAN's iPhone seized as exhibit 10, a total of 2800 image files of suspected child pornography were located on devices seized from ROMAN that have been examined thus far.

21. While conducting the previews of the seized items, I located hundreds of image and video files of voyeurism that appear to have been taken by ROMAN. Many of the image files appear to be screenshots from the video files. The voyeurism files appear to depict minor females and adult females showering, going to the bathroom, and/or changing their clothes. None of the females in the videos appear to know they are being recorded. Several of the video files begin with ROMAN's face clearly visible and appear to capture him secreting the camera to record in a bathroom or bedroom. The videos appear to have been made in the master bathroom at ROMAN'S

residence of ███████████ Broad Brook, CT, as well as other unidentified locations. Files involving voyeurism were located on the following seized items:

    Exhibit 1: Dell Latitude D630 laptop computer
    Exhibit 2: Mini SD 256 MB mini SD card
    Exhibit 4: PNY 2GB SD card
    Exhibit 5: Seagate external hard drive
    Exhibit 10: Apple iPhone

22. While previewing the Seagate external hard drive seized as exhibit 5, I noted that the name of the hard drive itself was "Mark Roman Ext." I also noted that there was a folder on the hard drive named "_MV1". Stored inside of this folder were 546 image and video files. Several of the image files depict MV1 with family and friends as well as voyeurism images and videos involving MV1, including screen captures from the video provided by Yahoo! in the CyberTipline report as well as a voyeurism video that captures MV1 going to the bathroom. However, there are also 460 image files that depict what appears to be a naked female child's pubic area, and body parts from an adult male. Some of the 460 image files depict sexually explicit conduct, as that term is defined in 18 U.S.C. § 2256(2)(aA), including an adult's fingers removing a portion of the female child's underwear, close up photographs of the female child's vagina, an adult's fingers touching and spreading apart the female child's labia, digital penetration of the female child's vagina, and an adult male's penis placed next to and on top of the female child's genitalia. Some of the same image files were also found in another folder labeled "_a MV1" on the Seagate external hard drive (111 images), on the Dell Latitude D630 laptop computer (360 images in a folder labeled "MV1') seized as exhibit 1, and a 256MB mini SD card seized as part of exhibit 2 (417 images). Several of these image files were also found on ROMAN'S iPhone seized as exhibit 10; the image files were part of the "Favorites" photo album. According to EXIF data, all of these photographs were taken with a Panasonic model PV-GS14 camcorder on the

below listed dates:

    January 29, 2006
    April 10, 2006
    April 17, 2006
    June 25, 2006
    July 14, 2006
    August 23, 2006
    August 24, 2006
    October 22, 2006
    January 6, 2007
    March 7, 2007
    March 14, 2007
    March 21, 2007
    May 9, 2007
    January 9, 2008
    July 3, 2008
    June 19, 2008

While reviewing images stored on the 256MB mini SD card that was seized as part of exhibit 2, I located 3 image files of Mark Roman and another adult female standing next to each other in a park. According to the EXIF data, these 3 photographs were also taken with a Panasonic model PV-GS14 camcorder.

    23.    Also located on the Seagate external hard drive seized as exhibit 5 was a folder labeled "zzz vids." One of the sub folders in the "zzz vids" folder was labeled "MV1." Forty-two video files were stored in this "MV1" folder. Approximately 15 of the video files were voyeurism videos of MV1 going to the bathroom or changing her clothes; ROMAN's face can clearly be seen at the beginning of several of the videos while he is setting up the camera. Approximately 23 of the video files depict close ups of a female child's pubic area, are each several minutes long, and, based upon the clothing in the videos, appear to be related to the other image files located in the "_MV1" folder described above in paragraph 23. The videos depict an adult's fingers rubbing and penetrating the female child's vagina, an adult male performing oral sex on a female child, and an adult male rubbing his erect penis against a female child's hand. Because the camera angle

11

captured the side of the adult male's chin, stubble and facial hair can be seen on the adult male. Since only two sets of clothing can be seen in the 23 video files, it appears as though the video files are clips of two incidents. One of the video files, labeled "cam 005.avi," is one minute and 30 seconds in length and begins with an adult male rubbing and digitally penetrating a female child's vagina. At the end of the video, the camera pans up, and the female child's face can be seen. The female child appears to be between the ages of 6 and 9 years old, and she is wearing a "High School Musical" shirt. I compared this female child to other photographs of MV1, and this female child appears to be MV1. Additionally, all of the 23 video files appear to be a recording of the original video files being displayed on an unknown device because there is a black border around the video. In one video, a Vizio TV is being used to display the original video. It should be noted that there was a Vizio TV in ROMAN'S bedroom. According to the EXIF data, the 23 video files were recorded between 2012 and 2014 with a Pentax Optio RZ18 digital camera and a Nikon Coolpix S205 digital camera. It should be noted that a Nikon Coolpix S205 digital camera was seized from a tool chest in ROMAN's basement.

24. Finally, I located 12 video files involving MV2 stored on the Seagate external hard drive seized as exhibit 5. Eight of the video files are labeled with MV2's name. In most of the videos, MV2 is wearing a shirt and is naked from below the waist; MV2 appears to be between the ages of 2 and 4 years old. ROMAN can either be seen and/or heard in all of the videos as well. In 10 of the video files, ROMAN appears to intentionally focus the camera on MV2's buttocks and/or genitalia, exposing her vagina in a lascivious manner. In the remaining 2 videos, ROMAN records MV2 going to the bathroom. According to EXIF data, 2 of the videos were recorded using a Pentax Optio RZ18 digital camera, and the remaining 10 videos were recorded using a Nikon Coolpix S205 digital camera. It should again be noted that a Nikon Coolpix S205 digital camera

was seized from a tool chest in ROMAN's basement. One video file, labeled "look 001.avi," depicts MV2 wearing a shirt, and she is naked from below the waist. The video is 18 seconds in length and initially depicts MV2 standing in a bedroom. MV2 then walks to a plastic storage bin and bends over the storage bin. As MV2 is bending over, ROMAN moves the camera behind MV2 to focus on her genitalia and buttocks, exposing her vagina in a lascivious manner. As the camera is focusing on MV2's genitalia, ROMAN'S face can clearly be seen in the top of the frame. ROMAN also took a screen capture of the point in the video where MV2's genitalia is exposed to the camera and where ROMAN'S face is visible in the top of the frame; this image file was found on the Seagate external hard drive. This video file was also found on the Dell Latitude laptop computer seized as exhibit 1.

25. On November 4, 2021, I met with the mother of MV1 and MV2 at ▮▮▮▮▮ Police Department. I updated her on the status of the investigation and informed her of the folder I located on the external hard drive labeled with MV1's name. I showed MV1 and MV2's mother a photograph of a Panasonic model PV-GS14 camcorder that I obtained from the Internet and asked her if she ever saw ROMAN with this type of camcorder, and she confirmed that she had seen ROMAN with a similar camcorder. I then showed MV1 and MV2's mother sanitized screen captures of the underwear and blanket seen in the images. MV1 and MV2's mother was unable to recognize any of the underwear. However, MV1 and MV2's mother was able to recognize the pattern on a blanket as one she used to own many years ago; MV1 and MV2's mother did not think she still owned the blanket. MV1 and MV2's mother also recognized another blanket as possibly belonging to ROMAN. I also showed MV1 and MV2's mother sanitized screen captures of the background, including a desk and bunk beds, from the videos involving MV2. MV1 and MV2's mother recognized the background items as being in her former residence in ▮▮▮▮▮; she also

13

identified the female child in the video as MV2. MV1 and MV2's mother had difficulty remembering her interactions with ROMAN during the ▉▉▉▉▉ time frame because it was so long ago. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉ MV1 and MV2's mother was unsure on this time frame. MV1 and MV2's mother related that MV1 did have a freckle next to her anus from when MV1 was a child.

26. On November 11, 2021, I met MV1 and MV2's mother in the parking lot at the ▉▉▉▉ Police Department. MV1 and MV2's mother showed me old photographs of her children where a pillow with a similar pattern to the blanket seen in the images involving MV1 can be seen. I then photographed the photos she provided. I also noted a blue couch that was in the photos she provided; this also seemed similar to a blue object seen in the images and videos involving MV1. I then showed MV1 and MV2's mother a screen capture of the face of the female child seen in the video file labeled "cam 005.avi" described in paragraph 24. MV1 and MV2's mother positively identified the female child as her daughter MV1. Additionally, I told MV1 and MV2's mother that the child in the video was wearing a "High School Musical" shirt. MV1 and MV2's mother explained that MV1 loved "High School Musical," and this was the theme for one of her birthday parties. MV1 and MV2's mother also related that for as long as she has known ROMAN, he has always had some kind of facial hair.

27. That on November 12, 2021, I sent a sanitized screen capture of the child described in paragraph 24 to the NCMEC Child Victim Identification Program (CVIP) for comparison to known child victims. The CVIP program keeps a database of child pornography files that contain children who have been identified by law enforcement in past investigations. I received a report

14

from Senior Analyst Cynthia Lawrence stating that the CVIP analysts were unfamiliar with the child in the screen capture and that CVIP did not have additional information pertaining to the child.

28.  Based upon the above stated facts and circumstances, I believe that the female child depicted in the image and video files described in paragraphs 22 and 23 is MV1, and I also believe that the person sexually assaulting MV1 and recording the sexual acts is ROMAN. Based upon the EXIF data, I believe MV1 was between the ages of 6 and 8 years old when the images and videos of the sexual assaults were produced. I also believe that the sexual assaults of MV1 took place in MV1 and MV2's mother's former residence in ▮▮▮▮ CT. Additionally, I believe that the female child depicted in the videos described in paragraph 24 is MV2 and that ROMAN produced the videos of MV2 that display MV2's genitalia in a lascivious manner. I believe MV2 was between the ages of 2 and 4 years old when these videos were produced and that they also were produced at her mother's former residence in ▮▮▮▮ CT.

## CONCLUSION

29.  Based on my training and experience and the facts set forth in this Affidavit, there is probable cause to believe, and I do believe, that violations of 18 U.S.C. § 2251(a), Production of Child Pornography, and 18 U.S.C. § 2252A(a)(1), Transportation of Child Pornography, have been committed by ROMAN. Therefore, I respectfully request authorization to arrest ROMAN for the violations listed above.

30.  I further request that the Court order that all papers in support of this application, including the affidavit and arrest warrant, be sealed until further order of the Court in that these documents discuss an ongoing criminal investigation and public disclosure could jeopardize the

safety of law enforcement executing the warrant. Accordingly, the Government requests the Court to order that this Criminal Complaint and Affidavit remain under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*[signature]*
Task Force Officer Jonathàn Carreiro
Homeland Security Investigations

Subscribed and sworn to me via Telephone this \_\_22nd\_\_ day of November, 2021

*[signature]*
HONORABLE THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE